## Commonwealth ex rel. Keegan *v.* Keegan, Appellant.

Argued June 14, 1965. Before WRIGHT, WATKINS, MONTGOMERY, JACOBS, and HOFFMAN, JJ. (ERVIN, P. J., and FLOOD, J., absent).

*I. Raymond Kremer,* for appellant.

*Albert Ring,* with him *D'Agui & Del Collo,* for appellee.

OPINION PER CURIAM, July 19, 1965:
Order affirmed.

DISSENTING OPINION BY MONTGOMERY, J.:
The record contains sufficient evidence to corroborate the fact of adultery confessed by the wife. The continued association of relatrix with the person who is alleged to have ravished her is in itself sufficient to indicate her relations with him were voluntary. I think she has forfeited her right to support from the defendant.

Therefore, I respectfully dissent.